## IN THE SUPREME COURT OF THE STATE OF NEVADA

ROGER W. BULLOCH, AN INDIVIDUAL; SCOTT BULLOCH, AN INDIVIDUAL; KENNETH M. PRESSBERG, AN INDIVIDUAL; ARI BASS, AN INDIVIDUAL; HH5, LLC, A NEVADA LIMITED LIABILITY COMPANY; SPB CAPITAL GP, LLC, A DELAWARE LIMITED LIABILITY COMPANY; SPB MANAGEMENT, LLC, A NEVADA LIMITED LIABILITY COMPANY; SPB PARTNERS, LLC, A NEVADA LIMITED LIABILITY COMPANY; SP PARTNERS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND GUARDIAN HH, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Appellants,

vs.

EDWARD F. SHER, AN INDIVIDUAL,

Respondent.

No. 72489

**FILED**

APR 25 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Gloria Sturman, District Judge
       Ara H. Shirinian, Settlement Judge
       Snell & Wilmer, LLP/Las Vegas
       Santoro Whitmire
       Eighth District Court Clerk